## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
v.                              :   **3:17-CR-205**
                                :   **(JUDGE MARIANI)**
JONATHAN JACOME,                :
                                :
            Defendant.          :

### ORDER

**AND NOW, THIS** _____ **DAY OF JUNE 2020**, upon consideration of

Defendant's "Motion to Quash Indictment" (Doc. 143), for the reasons set forth in this

Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**

Defendant's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge