THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
:
v.  :     3:17-cr-00205
:     (JUDGE MARIANI)
JONATHAN JACOME,  :
:
Defendant.  :

### ORDER

AND NOW, THIS 18th DAY OF DECEMBER 2023, IT IS HEREBY ORDERED THAT:

1. Jonathan Jacome's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 219) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum Opinion;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **CLOSE** civil action No. 3:21-cv-01489.

Robert D. Mariani
United States District Judge